No. 98–6348. DOE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6356. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6366. BURNS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–6369. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6370. MONTGOMERY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6371. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6373. LERMA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6376. BROWN ET AL. *v.* UNITED STATES; and BRADDY *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–6377. THENEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6378. TATE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6379. WOODSON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6380. WALKER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6381. COLLINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6384. JAMES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6388. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6389. SHINAULT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.